DRUMMOND v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, First

Department. July 7, 1911.) Action by William L. Drummond against the City of New York and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.